IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON, #132431, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-CV-780-ID |
| | )           (WO) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Plaintiff challenges an order of the Magistrate Judge (Doc. # 24) denying his requests for discovery regarding interrogatories and requests for production of documents. After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1. The plaintiff's objection to the Order of the Magistrate Judge (Doc. # 25), filed on November 3, 2009, be and the same is hereby OVERRULED, as the Order is neither clearly erroneous nor contrary to law;

2. The Order of the Magistrate Judge (Doc. #24) filed on October 29, 2009, be and the same is hereby AFFIRMED;

DONE this 16th day of November, 2009.

                                          /s/ Ira DeMent
                                 SENIOR UNITED STATES DISTRICT JUDGE